**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG<br><br>                    Plaintiff(s),<br><br>       v.<br><br>DOMINIC MANENTE , et al.<br><br><br><br>                    Defendant(s). | CASE NO:<br>2:21−cv−01200−FMO−PD<br><br><br>**ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: April 28, 2021                      /s/ *Fernando M. Olguin*
                                                        Fernando M. Olguin
                                                        United States District Judge